DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

22 JANUARY 2015

| 443P14 | State v. Jamel LaPointe Allen | Def's *Pro Se* Motion for NOA (COA14-290) | Dismissed *ex mero motu* |
|---|---|---|---|
| 447P14 | State v. Rocky Lee Dewalt | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA14-372)<br><br>2. Def's PDR Under G.S. 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. ---<br><br><br><br>2. Denied<br><br>3. Allowed |
| 451P14 | State v. Kevin Kennedy Gilchrist | Def's *Pro Se* Motion for Petition to Dismiss All Charges | Dismissed |
| 452P14 | Clorey Eugene France v. Glover & Petersen, P.A., Ann B. Petersen | 1. Plaintiff's *Pro Se* Motion for Notice of Appeal (COA14-852)<br><br>2. Plaintiff's *Pro Se* Motion for Supplemental Amendment to Notice of Appeal | 1. Dismissed *ex mero motu*<br><br>2. Allowed<br><br><br>**Ervin, J., recused** |
| 456P14 | Raymond Earl Dickerson, d/b/a Perkinson Wrecker Service v. Emma Victoria Johnson Howard | 1. Def's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA14-509)<br><br>2. Def's *Pro Se* PWC to Review Decision of COA<br><br>3. Def' *Pro Se* PWC to Review Decision of COA<br><br>4. Def's *Pro Se* Motion for PDR<br><br>5. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 1. Dismissed *ex mero motu*<br><br>2. Denied<br><br><br>3. Denied<br><br><br>4. Denied<br><br>5. Allowed |
| 466P14 | In the Matter of: J.R.W. | Respondent-Mother's PDR Under N.C.G.S. 7A-31 (COA14-443) | Denied |
| 472P14 | State v. Ajanaku Edward Murdock | 1. Def's *Pro Se* NOA Based Upon a Constitutional Question (COA14-534)<br><br>2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu*<br><br>2. Denied |